**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: September 29, 2022**

_____

**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF WISCONSIN**

---

In Re:

**ZACHARY LEAVER**

       Debtor/Debtor in Possession       Case No: 21-10905 (ch. 12)

---

**ORDER CONFIRMING SECOND AMENDED CHAPTER 12 PLAN**
**FILED JUNE 21, 2022 (PLAN DOCKETED AT ENTRY 104)**

---

The debtor/debtor in possession, Zachary Leaver, filed a Second Amended Chapter 12 Plan, dated June 21, 2022, with the Court and having been transmitted to all creditors set forth in the Chapter 12 Proceeding. The Chapter 12 Plan meets all the requirements for confirmation and hereby makes the following ruling:

1. The Second Amended Chapter 12 Plan dated June 21, 2022 ("Plan") and submitted to the Court on June 21, 2022 (at docket entry #104), is confirmed.

2. The debtor/debtor in possession must comply with Quarterly Operating Reports by filing all reports in a timely fashion.

3. The Plan complies with all the applicable provisions of Chapter 12 of the Bankruptcy Code if the provisions below are satisfied.

4. The required fees under Section 123 of Chapter 28 or by the Plan have been paid.

5. The Plan has been proposed in good faith and not by any means forbidden by law.

6. The value of the effective date of the Plan, property to be distributed under the Plan and amount each allowed unsecured creditor is not less than the amount they would have been paid on such claim if the estate of the debtor was liquidated under a Chapter 7 on such date.

7. The unsecured creditors who file claims and their claims are approved by the Bankruptcy Court shall receive a pro rata payment from the Trustee.

8. With respect to each allowed secured claim provided for in the Plan, the holder of such claim has accepted the Plan as filed by this Confirmation Order and as set forth above. The first payment shall be made as set out in the Amended Chapter 12 Plan dated June 21, 2022 (docket entry #104).

9. The debtor/debtor in possession will be able to make all payments under the Plan to comply with the Plan.

9. The debtor/debtor in possession, Zachary Leaver, does have a domestic support obligation, however, the obligation is current both pre and post-petition.

10. The debtor's projected disposable income that is to be received within the 36 month period beginning on the date of this Order confirming the Plan is subject to distribution through the Plan.

11. All objections herein have been withdrawn or denied and all creditors have approved the Plan.

**IT IS ORDERED AS FOLLOWS:**

1. The Debtor's Second Amended Plan, dated June 21, 2022 (at docket entry #104) and filed with the Court on June 21, 2022, is hereby confirmed. The first payment is due as set forth in the Amended Chapter 12 Plan dated June 21, 2022 (docket entry #104) after the Court enters this Confirmation Order.

2. After all the conditions are set forth in the findings above have been met with the Court and all the provisions set forth in the Chapter 12 Plan, the debtor/debtor in possession shall be discharged from all dischargeable debts except secured debts that extend beyond the completion of the Chapter 12 Plan.

###